IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60807
Summary Calendar
_____


RONALD GENE JOHNSTON,
also known as Ronald Garrett,

                                        Petitioner-Appellant,

versus

RAYMOND ROBERTS, Superintendent,
Mississippi State Penitentiary,
MIKE MOORE, Attorney General of
the State of Mississippi,

                                        Respondents-Appellees.



- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:91cv82-D-D
- - - - - - - - - -
June 21, 1996
Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Ronald Gene Johnston, #44872, argues that the district court

erred in denying his habeas corpus petition because he was not

competent at the time that he entered a guilty plea in 1983 and

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

because his counsel failed to provide him with effective assistance.

We have reviewed the record, the opinion of the district court, and the briefs, and find that the denial of Johnston's petition for habeas corpus relief should be affirmed substantially for the reasons adopted by the district court. See Johnston v. Roberts, No. 1: 92CV82-D-D (N. D. Miss. Dec. 13, 1995).

AFFIRMED.